

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DEAN PAUL WALDEMER | Case Number:  21SL-CC00876 |
| Plaintiff/Petitioner:<br>CATERANA HARLAN<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>JEREMY ANDREW GOGEL<br>745 OLD BALLAS RD<br>ST LOUIS,  63141 |
| Defendant/Respondent:<br>FAMILY DOLLAR, INC. | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp)

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:  SHOE WAREHOUSE ST. LOUIS, LLC
                           Alias:

300 SOUTH AUSTRALIAN AVE.
SUITE 1610
WEST PALM BEACH, FL  33401

*COURT SEAL OF*

*ST. LOUIS COUNTY*

     You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.
     SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

__01-MAR-2021__
  Date
**Further Information:**
MT

_____
               Clerk

### Officer's or Server's Affidavit of Service

I certify that:
1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _____ of _____ County, _____ (state).
3.  I have served the above summons by:  (check one)
    ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
    ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
    .
    ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
    ☐ other (describe) _____.
Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).
_____          _____
   Printed Name of Sheriff or Server             Signature of Sheriff or Server
     **Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
     I am: (check one) ☐ the clerk of the court of which affiant is an officer.
                  ☐ the judge of the court of which affiant is an officer.
*(Seal)*              ☐ authorized to administer oaths in the state in which the affiant served the above summons.
                   (use for out-of-state officer)
              ☐ authorized to administer oaths.  (use for court-appointed server)

_____
           Signature and Title

EXHIBIT 1

| Service Fees, if applicable | | | |
|---|---|---|---|
| Summons | $ | | |
| Non Est | $ | | |
| Mileage | $ | (_____miles @ $ _____ per mile) | |
| **Total** | $ | | |

*See the following page for directions to clerk and to officer making return on service of summons.*

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion and/or petition must be served on each Defendant/Respondent.  If any Defendant/Respondent refuses to receive the copy of the summons and motion and/or petition when offered to him, the return shall be prepared to show the offer of the officer to deliver the summons and motion and/or petition and the Defendant's/Respondent's refusal to receive the same.

Service shall be made:  (1) On Individual.  On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the individual personally or by leaving a copy of the summons and motion and/or petition at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and motion and/or petition to an agent authorized by appointment or required by law to receive service of process;  (2) On Guardian.  On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the guardian personally;  (3)  On Corporation, Partnership or Other Unincorporated Association.  On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion and/or petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body.  On a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory in the United States.  If served in a territory, substitute the word "territory" for the word "state."

The officer making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths.  This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court.  The return should be made promptly, and in any event so that it will reach the Missouri Court within 30 days after service.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 7900 Carondelet Avenue, 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| Judge or Division:<br>DEAN PAUL WALDEMER | Case Number: 21SL-CC00876 |
|---|---|
| Plaintiff/Petitioner:<br>CATERANA HARLAN<br><br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>JEREMY ANDREW GOGEL<br>745 OLD BALLAS RD<br>ST LOUIS, 63141 |
| Defendant/Respondent:<br>FAMILY DOLLAR, INC. | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

<div align="center">

## Summons in Civil Case

</div>

**The State of Missouri to:   FAMILY DOLLAR, INC.**
<div align="right"></div>

**Alias:**
**CSC LAWYERS INCORPORATING SERV**
**221 BOLIVAR STREET**
**JEFFERSON CITY, MO 65101**

*COURT SEAL OF*



*ST. LOUIS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
    SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>01-MAR-2021</u>
Date

_____ Clerk

Further Information:
MT

<div align="center">

**Sheriff's or Server's Return**

</div>

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____            _____
Printed Name of Sheriff or Server               Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*      Subscribed and sworn to before me on _____ (date).

My commission expires: _____        _____
                                   Date                                   Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $   10.00 | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**IN THE CIRCUIT COURT OF ST. LOUIS COUNTY**
**STATE OF MISSOURI**

| | |
|---|---|
| CATERANA HARLAN, | ) |
| | )     Case No.: |
|     Plaintiff, | ) |
| | ) |
| v. | )     Division No.: |
| | ) |
| **FAMILY DOLLAR, INC.** | ) |
| | ) |
| Serve Registered Agent at: | ) |
| | ) |
| CSC-Lawyers Incorporating | ) |
| Service Company | ) |
| 221 Bolivar St. | ) |
| Jefferson City, MO 65101 | ) |
| | ) |
| and | ) |
| | ) |
| **SHOE WAREHOUSE ST. LOUIS, LLC,** | ) |
| | ) |
| Serve at: | ) |
| | )     **JURY TRIAL DEMANDED** |
| 300 South Australian Ave. | ) |
| Suite 1610 | )     **AMOUNT IN CONTROVERSY** |
| West Palm Beach, FL 33401 | )     **EXCEEDS $25,000.00** |
| | ) |
|     Defendant. | ) |

## PETITION

COMES NOW Plaintiff, Caterana Harlan, by and through her undersigned attorney, and for her cause of action against Defendants Family Dollar, Inc. and Shoe Warehouse St. Louis, LLC, states the following:

1. Plaintiff Caterana Harlan is a resident and citizen of St. Louis County, Missouri.

2. Defendant Family Dollar, Inc. is a corporation in good standing in the State of Missouri, with its principal place of business located in the State of Virginia, and the lessee of the property located at 7318 Olive Boulevard, St. Louis, MO 63130.

1

3. Defendant Shoe Warehouse St. Louis, LLC is a limited liability company whose sole business – as far as Plaintiff can tell – is owning the property located at 7318 Olive Boulevard, St. Louis, MO 63130.

4. On or about January 30, 2019, Plaintiff was a guest at the property identified in paragraphs 2 and 3, above, when Plaintiff slipped and fell on ice in the parking lot of the property.

## COUNT I - DEFENDANT FAMILY DOLLAR, INC.

5. As a guest at Defendant Family Dollar, Inc.'s premises, Plaintiff Caterana Harlan enjoyed the status of an invitee.

6. The icy pavement was a dangerous condition on Defendant's property at the time of Plaintiff's injury in that Defendant failed to exercise reasonable care to protect Plaintiff in one or more of the following respects:

> a) failure to properly and adequately keep invitees away from the icy pavement;
>
> b) failure to protect or warn Plaintiff about the icy pavement;
>
> c) failure to provide a safe means of ingress and egress at the site of the location where Plaintiff's injury occurred; and
>
> d) failed to take steps to remove the ice condition where Plaintiff's injury occurred.

7. The dangerous condition of the ice pavement created a reasonably foreseeable risk of harm of the kind of injury which occurred to Plaintiff.

8. The dangerous condition needlessly endangered the public and those using Defendant's premises.

2

9. Defendant, through its agents and employees knew or could have known of this dangerous condition in sufficient time prior Plaintiff's injury to have taken measures to protect Plaintiff against this dangerous condition.

10. Prior to encountering the icy pavement, Plaintiff was not aware of the dangerous condition.

11. Defendant had the obligation to maintain its premises in a reasonably safe condition, yet failed to do so.

12. As a direct and proximate result of Defendant Family Dollar, Inc.'s negligence, Plaintiff sustained serious injuries to her body.

13. Plaintiff has sustained, and will in the future sustain, damages for medical bills and costs relating to medical treatment for her injuries.

14. Plaintiff has suffered pain and suffering in the past and will do so in the future.

## COUNT II – DEFENDANT SHOE WAREHOUSE ST. LOUIS, LLC

15. At the time of the incident at issue in this case, Defendant Shoe Warehouse St. Louis, LLC was the owner of the premises identified, above.

16. The icy pavement was a dangerous condition that Defendant Shoe Warehouse St. Louis, LLC knew or could have known about.

17. Because Shoe Warehouse St. Louis, LLC knew or could have known about the icy pavement, it should have taken steps to inform Family Dollar, Inc.'s agents or employees about the dangerous condition or taken sufficient steps to have the icy condition removed or guarded against.

3

18. Shoe Warehouse St. Louis, LLC failed to adequately warn, remove, or have removed the dangerous condition identified, above, so as to create a reasonably foreseeable risk of harm of the kind of injury which occurred to Plaintiff.

19. The dangerous condition needlessly endangered the public and those using the premises.

20. Prior to encountering the icy pavement, Plaintiff was not aware of the dangerous condition.

21. As a direct and proximate result of Defendant's negligence, Plaintiff sustained serious injuries to her body.

22. Plaintiff has sustained, and will in the future sustain, damages for medical bills and costs relating to medical treatment for her injuries.

23. Plaintiff has suffered pain and suffering in the past and will do so in the future.

WHEREFORE, Plaintiff Caterana Harlan prays for judgment against Defendants Family Dollar, Inc. and Shoe Warehouse St. Louis, LLC in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00), that will fairly and reasonably compensate her for her injuries and damages, for the losses she has sustained and will sustain in the future, for the cost of these proceedings, and for any further just and proper relief.

RESPECTFULLY SUBMITTED,

THE GOGEL LAW FIRM,

*/s/ Jeremy A. Gogel*

---

Jeremy A. Gogel, #61866
745 Old Ballas Road
St. Louis, Missouri 63141
Phone: (314) 775-3864
Fax:    (314) 399-8277
Email: jeremy@gogellawfirm.com

**Attorney for Plaintiff**

5



## IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DEAN PAUL WALDEMER | Case Number: 21SL-CC00876 |
| Plaintiff/Petitioner:<br>CATERANA HARLAN | Plaintiff's/Petitioner's Attorney/Address<br>JEREMY ANDREW GOGEL<br>745 OLD BALLAS RD<br>ST LOUIS,  63141 |
| vs. | |
| Defendant/Respondent:<br> FAMILY DOLLAR, INC. | Court Address:<br>ST LOUIS COUNTY COURT BUILDING |
| Nature of Suit:<br>CC Pers Injury-Other | 105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |

RECEIVED

MAR 1 5 2021

COLE COUNTY
SHERIFF'S OFFICE

(Date File Stamp)

### Summons in Civil Case

The State of Missouri to:  FAMILY DOLLAR, INC.
                        Alias:
CSC LAWYERS INCORPORATING SERV
221 BOLIVAR STREET
JEFFERSON CITY, MO  65101

*COURT SEAL OF*

*ST. LOUIS COUNTY*

        You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

        SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>01-MAR-2021</u>
Date

Further Information:
MT

_____ Clerk

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to Shelley Lewis (name) Designee (title).

☐ other _____

Served at 350 E. High St. Jefferson City, MO 65101 (address)

in Cole (County/City of St. Louis), MO, on 3/16/21 (date) at 07:30 AM (time).

Sheriff John P. Wheeler    By: Capt Z.W. Wood
    Printed Name of Sheriff or Server                 Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

              Subscribed and sworn to before me on _____ (date).

*(Seal)*

              My commission expires: _____        _____
                                        Date                                Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30  (SMCC) *For Court Use Only:* **Document ID# 21-SMCC-1667**    1    (Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo